# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

November 8, 2007

Larry D. Adams
Office of the United States Attorney
Fourth Floor, 36 S Charles St.
Baltimore, MD 21201

RE: Sverdlov v Collett, et al

You are hereby notified that the above entitled case was on 11/7/2007 transferred from the United States District Court for the District of Maryland to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Judge Larry A. Burns, and on all future filings please show the case number as 07cv2113 LAB(CAB).

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/KHammerly
Deputy Clerk